IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00754-RPM

RICHARD SIEGEL,

        Plaintiff,

v.

CENTRES, INC.,

        Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M.V. Wentz
 Secretary

    The motion to reschedule the scheduling conference [10] is granted. The conference is reset for **September 5, 2007, at 10:00 a.m.** Counsel shall submit the proposed scheduling order by **August 30, 2007.**

DATED: July 10, 2007