IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00754-RPM

RICHARD SIEGEL,

        Plaintiff,

v.

CENTRES, INC.,

        Defendant.

_____

ORDER DENYING MOTION FOR PROTECTIVE ORDER
_____

Upon consideration of the Stipulated Motion for Entry of a Protective Order [15], filed on February 4, 2008, it is

ORDERED that the motion is denied for failure to comply with D.C.COLO.LCivR 7.2 and 7.3.

DATED: February 5th, 2008

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior Judge