UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00754-RPM

RICHARD SIEGEL

    Plaintiff,

v.

CENTRES INC.

    Defendant.

_____

## ORDER TO DISMISS CLAIMS ONE THROUGH TEN
_____

The parties having filed, pursuant to Fed. R. Civ. P. 41(a)(1), a stipulation to dismiss certain claims and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1) Claims One through Ten of the Complaint are dismissed with prejudice, with each party bearing its own fees and costs related to such claims.

Signed this 6th day of March, 2008

                              BY THE COURT:
                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch
                              United States District Court Judge