UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00754-RPM

RICHARD SIEGEL

    Plaintiff,

v.

CENTRES INC.

    Defendant.

_____

## ORDER TO GRANT PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT
_____

Plaintiff Richard Siegel having filed, pursuant to Fed. R. Civ. P. 15(a), an unopposed motion for leave to file a First Amended Complaint, it is

ORDERED that the First Amended Complaint tendered with the motion is filed.

DATED: March 6th, 2008

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch
    United States District Court Judge