IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00754-RPM

RICHARD SIEGEL,

    Plaintiff,

v.

CENTRES, INC.

    Defendant

_____

**ORDER TO BIFURCATE TRIAL ON ISSUES
OF LIABILITY AND DAMAGES**
_____

    Plaintiff Richard Siegel and Defendant Centres Inc. having filed, pursuant to Fed. R. Civ. P. 42, a Joint Motion To Bifurcate Trial On Issues Of Liability and Damages and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

    1) The Joint Motion to Bifurcate is granted;

    2) The trial on liability shall be heard separately from the trial, if any, on damages;

    3) The dates in the Scheduling Order for expert witness discovery and submission of reports are cancelled and such dates shall be reestablished if necessary after an order is rendered on the liability portions of this matter.

    Signed this 6th day of March, 2008

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch
                        United States District Court Judge