IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00754-RPM-CBS

RICHARD SIEGEL,

                Plaintiff,

v.

CENTRES, INC.,

                Defendant.
_____

## ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case should be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **May 8, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 30, 2009.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: March 19th, 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge