IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00754-RPM-CBS

RICHARD SIEGEL,

               Plaintiff,

v.

CENTRES, INC.,

               Defendant.
_____

ORDER VACATING PRETRIAL CONFERENCE AND AUTHORIZING APPOINTMENT
OF SPECIAL MASTER
_____

        Pursuant to the Stipulation for Appointment of Special Master, filed March 20, 2009, it is

        ORDERED that the pretrial conference scheduled for May 8, 2009, is vacated, the stipulation for appointment of Special Master is accepted and United States Magistrate Judge Craig B. Shaffer shall proceed to select a Special Master and to enter an order appointing a master pursuant to Fed.R.Civ.P. 53(b) in accordance with the stipulation.

        DATED: March 24th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior Judge