IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00754-RPM-CBS

RICHARD SIEGEL,

        Plaintiff,

v.

CENTRES, INC.,

        Defendant.

_____

## ORDER FOR STATUS REPORT
_____

On June 22, 2009, Magistrate Judge Craig B. Shaffer entered an order appointing John R. Armour, C.P.A., as Special Master pursuant to the parties' stipulation and this Court's order of March 24, 2009, authorizing that appointment.  No report from the Special Master has been received and no further pleadings have been filed in this civil action.  It is now

ORDERED that on or before February 10, 2010, the parties shall submit a joint status report.

DATED: January 28th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge