IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00754-RPM-CBS

RICHARD SIEGEL,

        Plaintiff,

v.

CENTRES, INC.,
        Defendant.
_____

## ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference held March 23, 2011, it is

ORDERED that this matter is set for trial to the Court on **June 9, 2011, at 8:30**

**a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823

Stout Street, Denver, Colorado. Trial procedures may be found at

**www.cod.uscourts.gov/judges_frame.htm**.

DATED:   March 24th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge