IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00754-RPM-CBS

RICHARD SIEGEL,

    Plaintiff,

v.

CENTRES, INC.,

    Defendant.

---

STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED this _10_ day of June, 2011.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

Approved

_____
Attorney for Plaintiff

_____
Attorney for Defendant