IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00754-RPM-CBS

RICHARD SIEGEL,

    Plaintiff,

v.

CENTRES, INC.,

    Defendant.

---

ORDER SETTING TRIAL DATE

---

  Pursuant to the trial setting conference convened November 10, 2011, it is

  ORDERED that this matter is set for trial to the Court on **January 12, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

  FURTHER ORDERED that the parties shall submit trial transcript designations, final lists of exhibits and witnesses and proposed damages form in paper directly to chambers on or before **January 6, 2012.**

  Dated: November 14, 2011

              BY THE COURT:

              s/Richard P. Matsch

              _____
              Richard P. Matsch, Senior District Judge