**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Civil Action No. 07-cv-00754-RPM-CBS

RICHARD SIEGEL,

    Plaintiff,

v.

CENTRES, INC.,

    Defendant.

_____

**ORDER REGARDING RETURN OF TRIAL EXHIBITS AND DEPOSITIONS**
_____

After review of the record and finding that there are no further issues to be determined, it is

ORDERED that counsel for the respective parties shall contact the Court's courtroom deputy at (303) 335-2112 to make arrangements for the return of all trial exhibits and depositions retained at the conclusion of the trial on February 14, 2012 and stored at the Clerk's Office, Alfred A. Arraj Courthouse, 901 19th Street, Denver Colorado 80294.

DATED at Denver, Colorado this 17th, day of April, 2012.

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge